228

827 A.2d 1027

IN THE MATTER OF JEFF EDWARD THAKKER, AN
ATTORNEY AT LAW (ATTORNEY NO. 031811995)

July 18, 2003.

## ORDER

The Disciplinary Review Board having filed with the Court its decision in DRB 03–047, concluding that as a matter of final discipline **JEFF EDWARD THAKKER** of **EAST BRUNSWICK**, who was admitted to the bar of this State in 1995, should be reprimanded based on his guilty plea to one count of harassment, a disorderly persons' offense, in violation of *N.J.S.A.* 2C:33–4a,conduct that constitutes a violation of *RPC* 8.4(b)(commission of a criminal act that reflects adversely on the lawyer's honesty, trustworthiness or fitness as a lawyer);

And the Disciplinary Review Board having further concluded that respondent should be required to submit proof of his mental fitness to practice law;

And good cause appearing;

It is ORDERED that **JEFF EDWARD THAKKER** is hereby reprimanded; and it is further

And it is further Ordered that within forty-five days after the filing date of this Order, respondent shall submit proof of his fitness to practice law as attested to by a mental health professional approved by the Office of Attorney Ethics; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs incurred in the prosecution of this matter; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State.